ACCEPTED
01-15-00257-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 4:39:36 PM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 2012-68212**

| | | |
|---|---|---|
| **VANESSA ANDERSON,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **AMERICAN RISK INSURANCE** | § | |
| **COMPANY, INC.,** | § | **295TH JUDICIAL DISTRICT COURT** |
| *Defendant.* | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 4:39:36 PM
CHRISTOPHER A. PRINE
Clerk

---

## NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Vanessa Anderson (hereinafter "Plaintiff"), and files this Notice of Appeal pursuant to Rule 225 of the Texas Rules of Appellant Procedure, and all other applicable provisions thereof. In support of the same, Plaintiff would show unto this Honorable Court as follows:

1. This matter was assigned cause number 2012-68212 in the 295th Judicial District Court of Harris County, Texas.

2. The Court previously dismissed Plaintiff's claims and causes against Defendant on January 30, 2015.

3. Plaintiff wishes to appeal all related dismissal of her claim.

4. Plaintiff is not seeking an accelerated appeal, nor is this a restricted appeal.

5. This appeal will be taken to either the First or Fourteenth Circuit Courts of Appeal.

6. A copy of this notice is being filed with the clerks of both the First or Fourteenth Circuit Courts of Appeal pursuant to Rule 25.1e of the Texas Rules of Appellate Procedure.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court accept this Notice of Appeal and grant Plaintiff all relief to which she may be entitled, either at law or in equity.

Respectfully submitted,

**THE VOSS LAW FIRM, P.C.**

*/s/ Scott G. Hunziker*

_____

Scott G. Hunziker
State Bar No. 24032446
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Texas Rules of Civil Procedure as follows:

Arfeo Yllana
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Ste. 1400
Houston, Texas 77056
*Via Facsimile (713)403-8299*

*/s/ Scott G. Hunziker*

_____
SCOTT G. HUNZIKER